IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GLENANN L. YAHNKE,

                                                                                                    ORDER

                    Plaintiff,

                                                                             14-cv-315-bbc

      v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Glenann Yahnke, filed this case on May 12, 2014. On May 21, 2014 plaintiff was granted leave to proceed <u>in forma pauperis</u> and summonses were issued and sent electronically to plaintiff's counsel for service on the defendant.

      Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve a defendant. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving her case to resolution. To date, plaintiff has not filed proof of service of her complaint on the defendant or otherwise corresponded with the court since initiating this case on May 12. The 120-day deadline for serving the complaint runs on September 9, 2014. If plaintiff fails to file proof of service on or before September 9, 2014 or show good cause for her failure to do so, her case will be dismissed.

1

ORDER

IT IS ORDERED that plaintiff Glenann L. Yahnke may have until September 9, 2014, in which to file proof of service of the summons and complaint on the defendant or advise the court in writing what steps she has taken to serve her complaint on the defendant. If, by September 9, 2014, plaintiff fails to respond to this order, the clerk of court is directed to enter judgment dismissing this action for plaintiff's failure to prosecute it.

Entered this 3d day of September, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge