IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENANN L. YAHNKE,

    Plaintiff,                                         JUDGMENT IN A CIVIL CASE

    v.                                                   Case No. 14-cv-315-bbc

CAROLYN W. COLVIN,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Glenann L. Yahnke against defendant Carolyn W. Colvin reversing the decision of the Commissioner and remanding this case for further proceedings under sentence four of 42 U.S.C. § 405(g).

    s/ J. Smith, Deputy Clerk                               7/7/2015
    Peter Oppeneer, Clerk of Court                          Date